755 A.2d 1293

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY, Petitioner,

v.

Donna CANNION, Respondent.

Supreme Court of Pennsylvania.

Aug. 1, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 1st day of August, 2000, the Petition for Allowance of Appeal is GRANTED and the decision of the Superior Court is REVERSED based upon this Court's decision in *Winslow–Quattlebaum v. Maryland Insurance Group,* 561 Pa. 629, 752 A.2d 878 (2000).